<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6641**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

SIDNEY DERROD EVANS, a/k/a Dooley,

                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jerome B. Friedman, District Judge.  (2:02-cr-00225-JBF-2)

Submitted:  July 27, 2010              Decided:  August 9, 2010

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sidney Derrod Evans, Appellant Pro Se.  Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sidney Derrod Evans appeals the district court's order granting his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Evans, No. 2:02-cr-00225-JBF-2 (E.D. Va. filed Mar. 26, 2010 & entered Mar. 29, 2010); see also Dillon v. United States, __ U.S. __, 2010 WL 2400109 (U.S. June 17, 2010) (No. 09-6338) (holding that United States v. Booker, 543 U.S. 220 (2005), does not apply to § 3582(c)(2) proceedings). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED